**Motion Granted; Order filed October 10, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00307-CR

_____

**CHARLES RAY BLACKLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1474533**

## ORDER

Appellant is represented by appointed counsel, Kevin Howard. Appellant's brief was originally due July 8, 2019. We have granted a total of 90 days to file appellant's brief until October 7, 2019. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On October 7, 2019, counsel filed a further request for extension of

time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We grant the request for extension and issue the following order.

Accordingly, we order Kevin Howard to file a brief with the clerk of this court on or before November 12, 2019. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.